PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 2760233

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: <u>16-60239-CR-BLOOM-003</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>With Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Isaacs Jr, David Christopher

Name of Sentencing Judicial Officer: The Honorable Beth Bloom United States District Judge, Miami, Florida

Date of Original Sentence: May 31, 2017

Original Offense: Count One: Conspiracy to commit access device fraud Title 18 U.S.C.§ 1029(b)(2), a Class D felony.

Count One: Aggravated Identity Theft Title 18 U.S.C. § 108A(a)(1), a Class E felony

Count One: Possessing counterfeit notes Title 18 U.S.C. § 472, a Class C felony

Original Sentence: Fifty-four (54) months custody Bureau of Prison, thirty (30) months as to Count One and Ten to run concurrently and twenty-four (24) months as to Count Five to be served consecutively to Counts One and Ten, followed by three (3) year supervised release. Special conditions: The defendant shall1 1.) provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; 2.) submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer and 3.) not apply for, solicit or incur any further debt; 4.) obtain prior written approval from the Court before entering into any self-employment; 5.) participate in an approved treatment program for drug and/or alcohol abuse and 6.) notify the probation officer of any material changed in the defendant's economic circumstances that might affect the defendant ability to pay. A, $100.00 special assessment and $153,419.13 restitution joint and several.

**August 18, 2017-** Judgment Amended- Restitution imposed joint and several upon stipulation.

Type of Supervision: Supervised Release        Date Supervision Commenced: May 26, 2020

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.  
☒ To modify the conditions of supervision as follows:

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 2760233

**The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interests of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay**

## CAUSE

The defendant was ordered to pay restitution in the sum of $153,419.13. A financial investigation was conducted to determine what amount he could afford to pay monthly. The defendant reported the household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and his spouse, and the expenses were adjusted accordingly. Based on this information, it was determined the defendant will be able to pay $100.00 a month towards restitution.

A reassessment of the defendant's financial status was recently conducted on May 24, 2022. The defendant continues reside with his spouse and minor child. A visual observation of the defendant's home has been conducted periodically and there is no indication that the defendant is living beyond his financial means. The defendant continues to be employed with Cherry's; Food Company, located at 5690 West Hallandale Beach West Park, Florida 33023 as to delivery driver.

The defendant's household monthly expenses are estimated at $5,816.00 for the following: Rent $2,800.00, electric bill $ 160.00, water Bill $150.00, cellphone bill $100.00, cable bill $ 100.00, commuting Expenses $ 300.00, auto insurance $ 150.00, clothing (2 parents and one child) $300.00, credit card $40.00 The defendant was given credit based on the IRS Standard Cost of Living 2022 for the following with a household of three people: food $903.00, housekeeping supplies $74.00, personal care $78.00 and miscellaneous totaling $349.00. The defendant's household has a disposal income of $134.00 after all expenses are paid from a total combine household net income of $5,870.21.

Based on this information, it was determined the defendant will be able to pay $100.00 of household gross monthly income towards restitution.  As to date, the defendant as paid a total of $14,586.00, towards his court ordered restitution.

The defendant was presented with this information and concurred with our assessment, and consequently, voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution payments at a rate of 100.00 a month, commencing on June 15, 2022, and every month thereafter.

PROB 12B                                                                                       SD/FL PACTS No.  2760233
(SD/FL 9/96)

**RECOMMENDATION:**  As such, it is respectfully recommended Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $100.00 a month.

Respectfully submitted,

by: *Dinia Jerome*

Dinia Jerome
United States Probation Officer
Office: (954)769-5521
Cellular: (305)582-1686
Dinia_Jerome@flsp.uscourts.gov
Date:  June 2, 2022

---

THE COURT ORDERS:

☐ No Action
X  The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

June 2, 2022
Date